AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>622MJ33 | Date and time warrant executed:<br>11/22/2022 1536 | Copy of warrant and inventory left with:<br>Daniel Bailey DEA TFO |
| Inventory made in the presence of :<br>Lynchburg Police Detective D Goodell | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>- data extracted from cellular device labelled as Item 1 of Lynchburg Police case number 2022014797 | | |

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/14/2022
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

Received in Chambers
By Reliable Electronic Means

December 13, 2022

Hon. Robert S. Ballou
United States Magistrate

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/13/2022

*Executing officer's signature*

Daniel Bailey DEA TFO Roanoke, Va Resident Office
*Printed name and title*